Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| TARA RUSSELL, | ) | Case No.: 2:09-cv-02176 ECV |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| BAYSIDE ASSET RECOVERY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, TARA RUSSELL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: March 30, 2010        KROHN & MOSS, LTD.


                            By: /s/ Ryan Lee, Esq.

                              Ryan Lee, Esq.
                              Attorney for Plaintiff